UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANTHONY BENNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>SHANNON STURGEON,<br>KATHY ALVEY,<br><br>    Defendants. | No. 3:20-cv-00201-RLY-MPB |

**Order Directing Entry of Final Judgment**

This action is dismissed as moot. The Order of November 3, 2020, dismissed the operative complaint as moot following the screening required by 28 U.S.C. § 1915A(b). The plaintiff was given a period of time to show cause why this action should not be dismissed. That time has passed without a response from the plaintiff. After having been given the chance to object to the dismissal and having failed to take it this action is properly dismissed as moot.

Judgment dismissing this action for lack of jurisdiction shall now issue.

IT IS SO ORDERED.

Date:  11/30/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ANTHONY BENNETT
272617
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362